UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW | : | CIVIL ACTION<br>NO. 3:02 CV 1234 (DJS) |
| V. | : | |
| AROLD MICHEL, ET AL | : | OCTOBER 16, 2003 |

## MOTION TO COMPEL

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 37(a)(2), the counter-claim defendant, James Shaw, hereby move the Court for an order compelling the counter-claim plaintiff, Guy Blais, to comply with the counter-claim defendant's Second Set of Interrogatories and Requests for Production dated January 22, 2003 by providing responses to Interrogatories No. 20 and 21 in accordance with his continuing duty to disclose. The undersigned has attempted on three separate occasions to secure compliance in an effort to obviate the need for court action. These attempts, however, have been unsuccessful. In support of this motion, the counter-claim defendant submits the attached memorandum of law and affidavit of counsel.

WHEREFORE, the counter-claim defendant respectfully requests that the Court enter an order compelling the counter-claim plaintiff to comply with the

13477.0001.097

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

counter-claim defendant's Second Set of Interrogatories and Requests for

Production dated January 22, 2003 as requested herein.

THE COUNTERCLAIM DEFENDANT:
JAMES SHAW

By /Laura Pascale Zaino/

Laura Pascale Zaino of
HALLORAN & SAGE LLP
Fed. Bar #ct 19353
(860) 522-6103

## CERTIFICATION

This is to certify that on this 16th day of October, 2003, I hereby mailed, first
class, postage prepaid, a copy of the foregoing to:

For Counterclaim Plaintiff, GUY BLAIS:
Arthur C. Laske, III, Esq.
Law Office of Arthur C. Laske, III
1261 Post Road
Fairfield, CT 06824

For Defendants, AROLD MICHEL and
MARIE RICHEMOND:
Rosemarie T. Weber, Esq.
Morrison, Mahoney & Miller
One Constitution Plaza, 10th Floor
Hartford, CT 06103

For Defendants, PIERRE LOISELLE,
ROSE LYNE LECLERC and ROSE LYNE
LECLERC d/b/a ROSY EXPRESS, ENR:
Daniel Cotter, Esquire
Cotter, Cotter & Quinn, LLC
457 Castle Avenue
Fairfield, CT 06825

/Laura Pascale Zaino/ 478863.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105