UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW | : | CIVIL ACTION<br>NO. 3:02 CV 1234 (DJS) |
| V. | : | |
| AROLD MICHEL, ET AL | : | OCTOBER 27, 2003 |

**NOTICE OF CLAIM FOR APPORTIONMENT**
**AS TO SETTLED OR RELEASED PERSON**

Pursuant to § 52-102b(c) of the Connecticut General Statutes, the counterclaim defendant, James Shaw, hereby gives notice of his claim for apportionment of all or a portion of liability in this matter to Pierre Loiselle of Fairmont, Quebec, Canada, as to whom the counterclaim plaintiff's claims against him have been settled or released.

The counterclaim defendant respectfully submits that, to the extent that the counterclaim plaintiff claims that he was injured in the motor vehicle collision of July 20, 2000, said injuries, if proven, were caused in whole or in part, by the negligence of Pierre Loiselle in that:

a.  He operated his tractor trailer at a rate of speed greater than reasonable having due regard to the width, traffic and use of the highway or road, the intersection of streets, and weather conditions then and there existing in violation of Connecticut General Statutes § 14-218(a);

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

b.  He operated his tractor trailer at a rate of speed greater than reasonable having due regard to the width, traffic and use of the highway or road, the intersection of streets, and weather conditions then and there existing;

c.  He was inattentive and failed to keep a proper lookout for other motor vehicles upon the roadway;

d.  He followed the tractor trailer operated by Guy Blais more closely than was reasonable and prudent;

e.  He failed to keep his tractor trailer under proper and reasonable control;

f.  He failed to apply his brakes and/or slow down in a reasonable manner, although by a proper and reasonable exercise of his faculties, he could and should have done so; and

g.  He failed to turn his vehicle to the left or right so as to avoid the collision, although by a proper and reasonable exercise of his faculties, he could and should have done so.

Accordingly, James Shaw respectfully seeks a determination and allocation by the finder of fact if any percentage of negligence attributable to Pierre Loiselle and a proportionate reduction of any verdict in favor of the plaintiff in accordance with the provisions of Connecticut General Statutes § 15-572h(f) and (n) and Connecticut General Statutes § 52-102b(c).

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

                                      THE COUNTERCLAIM DEFENDANT,
                                      JAMES SHAW,

                                        By *[signature]*
                                        Laura Pascale Zaino of
                                        HALLORAN & SAGE LLP
                                        Fed. Bar #ct 19353
                                        One Goodwin Square
                                        225 Asylum Street
                                        Hartford, CT 06103
                                        (860) 522-6103

## CERTIFICATION

      This is to certify that on this 27th day of OCTOBER, 2003, I hereby mailed a copy of the foregoing to:

*For Counterclaim Plaintiff, GUY BLAIS:*

Arthur C. Laske, III, Esq.
Law Office of Arthur C. Laske, III
1261 Post Road
Fairfield, CT 06824

*For Defendants, AROLD MICHEL and MARIE RICHEMOND:*

Rosemarie T. Weber, Esq.
Morrison, Mahoney & Miller
One Constitution Plaza, 10th Floor
Hartford, CT 06103

*For Defendants, PIERRE LOISELLE, ROSE LYNE LECLERC and ROSE LYNE LECLERC d/b/a ROSY EXPRESS, ENR:*

Daniel Cotter, Esquire
Cotter, Cotter & Quinn, LLC
457 Castle Avenue
Fairfield, CT 06825

                                        *[signature]*
                                        Laura Pascale Zaino

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105