UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 20 P 1: 03
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| JAMES SHAW | : | CIVIL ACTION |
| | : | NO. 3:02 CV 1234 (DJS) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| AROLD MICHEL, | : | |
| MARIE RICHEMOND, | : | |
| GUY BLAIS, 9018-8891 QUEBEC, INC. | : | |
| d/b/a G.B. TRANSPORT, | : | |
| PIERRE LOISELLE, | : | |
| ROSE LYNE LECLERC AND | : | |
| ROSE LYNE LECLERC d/b/a | : | |
| ROSE EXPRESS, ENR | : | |
| | : | |
| Defendants | : | JANUARY 7, 2004 |

### VOLUNTARY STIPULATION FOR DISMISSAL OF CLAIMS BETWEEN CROSS-CLAIM PLAINTIFF GUY BLAIS AND DEFENDANTS AROLD MICHEL and MARIE RICHEMOND

Pursuant to Rule 41(C) of the Federal Rules of Civil Procedure, the Cross Claim Plaintiff, Guy Blais, hereby stipulates that the causes of action brought by the Cross Claim Plaintiff, Guy Blais, ("Blais"), against Defendants Arold Michel, and Marie Richemond ( collectively "Michel Defendants") in the above captioned matter, shall be dismissed with prejudice and without costs or counsel fees to any party, for the reason that this matter has been resolved as between Blais and the Michel Defendants. This stipulation for dismissal shall not in any way affect any rights that the remaining parties may have to indemnification and apportionment at the time of trial.

THE CROSS-CLAIM PLAINTIFF
GUY BLAIS

By _____
Arthur C. Laske III
Fed. Bar #ct 03773
Michelle L. Treadwell
Fed. Bar #ct 21636
Law Office of Arthur C. Laske III
1261 Post Road
Fairfield, CT 06430

THE DEFENDANTS, PIERRE LOISELLE,
ROSE LYNE LECLERC and ROSE LYNE
LECLERC d/b/a ROSE EXPRESS, ENR

By _____
Daniel H. Cotter, Esq.
Fed. Bar #ct 09239
Cotter, Cotter & Quinn, LLC
457 Castle Avenue
Fairfield, CT 06825

THE DEFENDANTS, AROLD MICHEL
and MARIE RICHEMOND

By _____
Joel M. Fain, Esq.
Rosemarie T. Weber, Esq.
Fed. Bar #ct 06315
Morrisson, Mahoney & Miller
One Constitution Plaza
Hartford, CT 06103

THE DEFENDANT, JAMES SHAW

By _____
Laura Pascale Zaino, Esq.
Fed. Bar #ct 19353
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

2

THE CROSS-CLAIM PLAINTIFF,
GUY BLAIS

By _____
Arthur C. Laske III
Fed. Bar #ct 03773
Michelle L. Treadwell
Fed. Bar #ct 21636
Law Office of Arthur C. Laske III
1261 Post Road
Fairfield, CT 06430

THE DEFENDANTS, PIERRE LOISELLE,
ROSE LYNE LECLERC and ROSE LYNE
LECLERC d/b/a ROSE EXPRESS, ENR

By _____
Daniel H. Cotter, Esq.
Fed. Bar #ct 09239
Cotter, Cotter & Quinn, LLC
457 Castle Avenue
Fairfield, CT 06825

THE DEFENDANTS, AROLD MICHEL
and MARIE RICHEMOND

By _____/s/_____
Joel M. Fain, Esq.
Rosemarie T. Weber, Esq.
Fed. Bar #ct 06315
Morrisson, Mahoney & Miller
One Constitution Plaza
Hartford, CT 06103

THE DEFENDANT, JAMES SHAW

By _____
Laura Pascale Zaino, Esq.
Fed. Bar #ct 19353
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

2

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed first class, postage pre-paid this the __16th__ day of __January__, 2004, to:

Joel M. Fain, Esq.
Rosemarie T. Webber, Esq.
Morrisson, Mahoney & Miller
One Constitution Plaza
Hartford, CT 06103

Daniel H. Cotter, Esq.
Clayton J. Quinn, Esq.
Patrick M. Mullins, Esq.
Cotter, Cotter & Quinn, LLC
457 Castle Avenue
Fairfield, CT 06825

Richard C. Tynan, Esq.
Laura Pascale Zaino, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                                  _/s/ Michelle L. Treadwell_
                                                  MICHELLE L. TREADWELL