FILED

2004 JAN 20 P 1:03

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW | : | CIVIL ACTION |
| | : | NO. 3:02 CV 1234 (DJS) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| AROLD MICHEL, | : | |
| MARIE RICHEMOND, | : | |
| GUY BLAIS, 9018-8891 QUEBEC, INC. | : | |
| d/b/a G.B. TRANSPORT, | : | |
| PIERRE LOISELLE, | : | |
| ROSE LYNE LECLERC AND | : | |
| ROSE LYNE LECLERC d/b/a | : | |
| ROSE EXPRESS, ENR | : | |
| | : | |
| Defendants | : | JANUARY 16, 2004 |

### CROSS CLAIM AND COUNTERCLAIM PLAINTIFF GUY BLAIS' MOTION TO ACCEPT VOLUNTARY STIPULATION FOR DISMISSAL OF CLAIMS BETWEEN CROSS-CLAIM PLAINTIFF GUY BLAIS AND DEFENDANTS PIERRE LOISELLE, ROSE LYNE LECLERC and ROSE LYNE LECLERC d/b/a/ROSE LYNE EXPRESS, ENR

The cross claim/counterclaim plaintiff, Guy Blais ("cross claim/counterclaim plaintiff" or "Blais") respectfully requests that the Court grant the voluntary dismissal of claims between cross-claim plaintiff Guy Blais and defendants Arold Michel and Marie Richemond, as attached, so that the settlement may be effectuated.

In support of this motion, the cross claim/counterclaim plaintiff represents as follows:

1.      The cross claim/counterclaim plaintiff and defendants Arold Michel and Marie Richemond reached a settlement that was satisfactory as between the parties. As a result, the parties wish to resolve the outstanding claims between them.

2.      Pursuant to Rule 41(C) of the Federal Rules of Civil Procedure, the cross-claim/counterclaim plaintiff drafted and circulated a Voluntary Stipulation for Dismissal of Claims Between Cross-claim plaintiff Guy Blais and defendants Arold Michel and Marie Richemond.

3.      Counsel for Cross-claim/counter claim plaintiff Guy Blais and defendants Arold Michel and Marie Richemond and defendants Pierre Loiselle, Rose Lyne LeClerc and Rose Lyne LeClerc d/b/a Rose Express, ENR signed the voluntary stipulation for dismissal. (Voluntary dismissal attached as "Exhibit A")

4.      Pursuant to Rule 41(C), the undersigned attempted to obtain the signatures of the remaining party to this action.

5.      Although James Shaw is not a party to this agreement and has no standing to prevent settlement between Blais and Arold Michel and Marie Richemond, and despite the best efforts of the undersigned to draft the voluntary stipulation for dismissal to meet the articulated concerns of Shaw, Shaw has refused to participate in the signing of the attached voluntary stipulation for dismissal. (See letter from Attorney Zaino attached as "Exhibit B").

6.      The consent of James Shaw is unnecessary to settle the claims as between Blais and Arold Michel and Marie Richemond, and the settlement will not prejudice any of the rights of Shaw in the present litigation. Therefore, the undersigned respectfully requests that

the Court grant the voluntary stipulation for dismissal as attached, so that the settlement of the claims as between Blais and Arold Michel and Marie Richemond, may be effectuated.

CROSS CLAIM/COUNTERCLAIM PLAINTIFF,
GUY BLAIS,

By *(signature)*
Arthur C. Laske III
Fed. Bar #ct 03773
Michelle L. Treadwell
Fed. Bar #ct21636
Law Office of Arthur C. Laske III
1261 Post Road
Fairfield, CT 06430
(203) 254-1770
(203) 256-9442 - fax
His Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time to Disclose Experts was mailed first class, postage pre-paid, on this 16th day of January, 2004, to:

Joel M. Fain, Esq.
Rosemarie T. Webber, Esq.
Morrisson, Mahoney & Miller
One Constitution Plaza
Hartford, CT 06103

Daniel H. Cotter, Esq.
Clayton J. Quinn, Esq.
Patrick M. Mullins, Esq.
Cotter, Cotter & Quinn, LLC
457 Castle Avenue
Fairfield, CT 06825

Richard C. Tynan, Esq.
Laura Pascale Zaino, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Michelle L. Treadwell

# EXHIBIT
# A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW | : | CIVIL ACTION |
| | : | NO. 3:02 CV 1234 (DJS) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| AROLD MICHEL, | : | |
| MARIE RICHEMOND, | : | |
| GUY BLAIS, 9018-8891 QUEBEC, INC. | : | |
| d/b/a G.B. TRANSPORT, | : | |
| PIERRE LOISELLE, | : | |
| ROSE LYNE LECLERC AND | : | |
| ROSE LYNE LECLERC d/b/a | : | |
| ROSE EXPRESS, ENR | : | |
| | : | |
| Defendants | : | JANUARY 7, 2004 |

## VOLUNTARY STIPULATION FOR DISMISSAL OF CLAIMS BETWEEN CROSS-CLAIM PLAINTIFF GUY BLAIS AND DEFENDANTS AROLD MICHEL and MARIE RICHEMOND

Pursuant to Rule 41(C) of the Federal Rules of Civil Procedure, the Cross Claim Plaintiff, Guy Blais, hereby stipulates that the causes of action brought by the Cross Claim Plaintiff, Guy Blais, ("Blais"), against Defendants Arold Michel, and Marie Richemond (collectively "Michel Defendants") in the above captioned matter, shall be dismissed with prejudice and without costs or counsel fees to any party, for the reason that this matter has been resolved as between Blais and the Michel Defendants. This stipulation for dismissal shall not in any way affect any rights that the remaining parties may have to indemnification and apportionment at the time of trial.

|    | THE CROSS-CLAIM PLAINTIFF, GUY BLAIS |
|----|---|
| By | */s/ Arthur C. Laske III* |
|    | Arthur C. Laske III |
|    | Fed. Bar #ct 03773 |
|    | Michelle L. Treadwell |
|    | Fed. Bar #ct 21636 |
|    | Law Office of Arthur C. Laske III |
|    | 1261 Post Road |
|    | Fairfield, CT 06430 |

|    | THE DEFENDANTS, PIERRE LOISELLE, ROSE LYNE LECLERC and ROSE LYNE LECLERC d/b/a ROSE EXPRESS, ENR |
|----|---|
| By | */s/ Daniel H. Cotter* |
|    | Daniel H. Cotter, Esq. |
|    | Fed. Bar #ct 09239 |
|    | Cotter, Cotter & Quinn, LLC |
|    | 457 Castle Avenue |
|    | Fairfield, CT 06825 |

|    | THE DEFENDANTS, AROLD MICHEL and MARIE RICHEMOND |
|----|---|
| By | _____ |
|    | Joel M. Fain, Esq. |
|    | Rosemarie T. Weber, Esq. |
|    | Fed. Bar #ct 06315 |
|    | Morrisson, Mahoney & Miller |
|    | One Constitution Plaza |
|    | Hartford, CT 06103 |

|    | THE DEFENDANT, JAMES SHAW |
|----|---|
| By | _____ |
|    | Laura Pascale Zaino, Esq. |
|    | Fed. Bar #ct 19353 |
|    | Halloran & Sage LLP |
|    | One Goodwin Square |
|    | 225 Asylum Street |
|    | Hartford, CT 06103 |

THE CROSS-CLAIM PLAINTIFF,
GUY BLAIS

By _____
Arthur C. Laske III
Fed. Bar #ct 03773
Michelle L. Treadwell
Fed. Bar #ct 21636
Law Office of Arthur C. Laske III
1261 Post Road
Fairfield, CT 06430

THE DEFENDANTS, PIERRE LOISELLE,
ROSE LYNE LECLERC and ROSE LYNE
LECLERC d/b/a ROSE EXPRESS, ENR

By _____
Daniel H. Cotter, Esq.
Fed. Bar #ct 09239
Cotter, Cotter & Quinn, LLC
457 Castle Avenue
Fairfield, CT 06825

THE DEFENDANTS, AROLD MICHEL
and MARIE RICHEMOND

By _____
Joel M. Fain, Esq.
Rosemarie T. Weber, Esq.
Fed. Bar #ct 06315
Morrisson, Mahoney & Miller
One Constitution Plaza
Hartford, CT 06103

THE DEFENDANT, JAMES SHAW

By _____
Laura Pascale Zaino, Esq.
Fed. Bar #ct 19353
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed first class, postage pre-paid this the __16th__ day of __January__, 2004, to:

Joel M. Fain, Esq.
Rosemarie T. Webber, Esq.
Morrisson, Mahoney & Miller
One Constitution Plaza
Hartford, CT 06103

Daniel H. Cotter, Esq.
Clayton J. Quinn, Esq.
Patrick M. Mullins, Esq.
Cotter, Cotter & Quinn, LLC
457 Castle Avenue
Fairfield, CT 06825

Richard C. Tynan, Esq.
Laura Pascale Zaino, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
MICHELLE L. TREADWELL

# EXHIBIT B



# HALLORAN
# &SAGE LLP
ATTORNEYS AT LAW

LAURA PASCALE ZAINO  Direct 860 297-4667  zaino@halloran-sage.com

January 8, 2004

Michelle L. Treadwell, Esquire
Law Office of Arthur C. Laske, III
1261 Post Road
Fairfield, CT 06824

Re: **Blais v. Shaw, et al**
Our File No.   :   13477.0001

Dear Attorney Treadwell:

Thank you for your fax of January 7, 2004. Please be advised that I will not be able to sign the proposed Voluntary Stipulation for Dismissal as I do not believe that it will be in my client's best interest to do so. As you know, this position is consistent with that which was taken with respect to the Voluntary Stipulation for Dismissal regarding the settlement between your client and the Loiselle defendants. As you also know, this position in no way hindered your obtaining the remedy you were seeking.

If you have any questions or concerns regarding my position, please do not hesitate to contact me at the above direct-dial number.

Very truly yours,

Laura Pascale Zaino

LPZ/kaf