UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| JAMES SHAW,<br>  Plaintiff,<br>-v-<br>ARNOLD MICHEL, ET. AL,<br>  Defendants. | :<br>:<br>:<br>:<br>:<br>: | CASE NO. 3:02CV1234 (DJS)<br>2004 JAN 22 A 8: 52<br>U.S. DISTRICT COURT<br>HARTFORD, CT. |

### ORDER

Pending before this court is counterclaim defendant James Shaw's motion to compel [doc. #79]. Shaw seeks to compel counterclaim plaintiff Guy Blais' compliance with Shaw's Second Set of Interrogatories and Requests for Production dated January 22, 2003. Specifically, Shaw seeks complete and proper responsed to Interrogatories No. 20 and 21.

Shaw's motion is **GRANTED**. Counterclaim plaintiff Guy Blais has failed to provide the court with an adequate claim of privilege for the information requested by Shaw. The answers sought by Shaw are well within the scope of discovery provided for in Federal Rule of Civil Procedure 26(b)(1).

IT IS SO ORDERED at Hartford, Connecticut, this 16th day of January, 2004.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE