UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JAMES SHAW,** : | **CASE NO. 3:02CV1234 (DJS)** |
|    **Plaintiff,** : | |
| **-v-** : | |
| : | |
| **ARNOLD MICHEL, ET. AL,** : | |
|    **Defendants.** : | |

## ORDER

The motion of counterclaim plaintiff Guy Blais for dismissal of some of his claims **[doc. # 84]** is **GRANTED**.

The court adopts the voluntary stipulation for dismissal filed by Blais pursuant to F.R.C.P. 41(a)(2) and 41(c) **[doc. #83]**. The counter-claims brought by Blais against counter-claim defendants Arnold Michel and Marie Richemond are dismissed with prejudice and without costs or fees.

No other claims or parties are affected by this order.

**IT IS SO ORDERED** at Hartford, Connecticut, this __4th__ day of February, 2004.

                                                          /s/DJS
                                     **DOMINIC J. SQUATRITO**
                               **UNITED STATES DISTRICT JUDGE**