UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW | : | CIVIL ACTION<br>NO. 3:02 CV 1234 (DJS) |
| V. | : | |
| GUY BLAIS, ET AL | : | FEBRUARY 11, 2004 |

**NOTICE OF CLAIM FOR APPORTIONMENT
AS TO SETTLED OR RELEASED PERSON**

Pursuant to § 52-102b(c) of the Connecticut General Statutes, the counterclaim defendant, James Shaw, hereby gives notice of his claim for apportionment of all or a portion of liability in this matter to Arold Michel of New York and Marie Richemond of New York as to whom the counterclaim plaintiff's claims against them have been settled or released.

The counterclaim defendant respectfully submits that, to the extent that the counterclaim plaintiff claims that he was injured in the motor vehicle collision of July 20, 2000, said injuries, if proven, were caused in whole or in part, by the negligence of Arold Michel and Marie Richemond in that:

a.  On a highway that had been divided into two or more clearly marked lanes for traffic, Arold Michel failed to stay entirely within a single lane and changed lanes or moved into the area of another lane without ascertaining

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

that such movement could be made with safety in violation of Connecticut General Statute § 14-236;

b. Arold Michel failed to display a single of intention to change lanes during not less than the last 100-feet traveled by his vehicle before changing lanes in violation of Connecticut General Statute § 14-242(b);

c. Arold Michel failed to yield the right-of-way to the cross claimant, James Shaw, or other motor vehicles traveling upon the highway, though he had a duty to do so;

d. Arold Michel moved his vehicle into the right lane of traffic into the path of James Shaw's vehicle when it was not safe to do so;

e. Arold Michel was inattentive to his surroundings and failed to keep a proper and reasonable lookout for other motor vehicles upon the roadway;

f. Arold Michel failed to keep his vehicle under proper and reasonable control;

g. Arold Michel failed to turn his vehicle to the left or the right so as to avoid the collision although by a proper and reasonable exercise of his faculties, he could and should have done so;

h. Arold Michel operated a motor vehicle upon the highway when he knew or should have known that the motor vehicle was not operating properly, and that he knew or should have known of those mechanical problems and failed to remedy said problems prior to operating the vehicle upon the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

        public highway, thereby creating an unreasonably dangerous situation for other users of the public highway; and

i.    Arold Michel and/or Marie Richemond failed to properly maintain the vehicle to ensure that it could be operated on the public highways in a safe manner.

Accordingly, James Shaw respectfully seeks a determination and allocation by the finder of fact of any percentage of negligence attributable to Arold Michel and Marie Richemond and a proportionate reduction of any verdict in favor of the plaintiff in accordance with the provisions of Connecticut General Statutes § 15-572h(f) and (n) and Connecticut General Statutes § 52-102b(c).

THE COUNTERCLAIM DEFENDANT,
JAMES SHAW,

By_____
Laura Pascale Zaino of
HALLORAN & SAGE LLP
Fed. Bar #ct 19353
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

- 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 11th day of February 2004, I hereby mailed a copy of the foregoing to:

*For Counterclaim Plaintiff, GUY BLAIS:*

Arthur C. Laske, III, Esq.
Law Office of Arthur C. Laske, III
1261 Post Road
Fairfield, CT 06824

*For Defendants, AROLD MICHEL and MARIE RICHEMOND:*

Rosemarie T. Weber, Esq.
Morrison, Mahoney & Miller
One Constitution Plaza, 10th Floor
Hartford, CT 06103

*For Defendants, PIERRE LOISELLE, ROSE LYNE LECLERC and ROSE LYNE LECLERC d/b/a ROSY EXPRESS, ENR:*

Daniel Cotter, Esquire
Cotter, Cotter & Quinn, LLC
457 Castle Avenue
Fairfield, CT 06825

                                            Laura Pascale Zaino

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105