UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW, | : | CIVIL ACTION |
|     Plaintiff | : | NO. 3:02 cv 1234 (DJS) |
| V. | : | |
| AROLD MICHEL, ET AL | : | MARCH 3, 2004 |
|     Defendants | : | |

## MOTION TO COMPEL

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 37(a)(2), the counterclaim defendant, James Shaw, hereby moves the Court for an order compelling the counterclaim plaintiff, Guy Blais, to comply with the counterclaim defendant's Second Set of Interrogatories and Requests for Production, **dated January 22, 2003**, by providing responses to Interrogatories Nos. 3, 4, 6, 13 and 19 and Requests for Production (c), (d), (e), (f), and (g) in accordance with his obligations under the Federal Rules, as well as with his representations that such information was "to be produced." James Shaw further moves that this supplemental compliance be accompanied by a signed or executed verification page. The undersigned has been attempting to secure complete compliance since the date these responses were due. Some leeway was afforded due to the undersigned's acceptance of counsel's representations regarding the difficulty in obtaining certain information. However, when no information had been provided by October 2003, the undersigned necessarily had to more vigorously pursue this information. As such, the undersigned made four separate

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

attempts to secure compliance in an effort to obviate the need for court action since that time. These attempts, however, have been unsuccessful. In support of this motion, the counterclaim defendant submits the attached memorandum of law and Affidavit of counsel.

WHEREFORE, the counterclaim defendant respectfully requests that the Court enter an order compelling the counterclaim plaintiff to comply with the counterclaim defendant's Second Set of Interrogatories and Requests for Production, dated January 22, 2003 as requested herein.

COUNTER CLAIM DEFENDANT,
JAMES SHAW:


By_____
Laura Pascale Zaino of
HALLORAN & SAGE LLP
Fed. Bar #ct19353
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

– 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## CERTIFICATION

This is to certify that on this 3rd day of March, 2004, I hereby mailed a copy of the foregoing to:

*For Counterclaim Plaintiff, GUY BLAIS:*

Arthur C. Laske, III, Esq.
Law Office of Arthur C. Laske, III
1261 Post Road
Fairfield, CT 06824

*For Defendants, AROLD MICHEL and MARIE RICHEMOND:*

Rosemarie T. Weber, Esq.
Morrison, Mahoney & Miller
One Constitution Plaza, 10th Floor
Hartford, CT 06103

*For Defendants, PIERRE LOISELLE, ROSE LYNE LECLERC and ROSE LYNE LECLERC d/b/a ROSY EXPRESS, ENR:*

Daniel Cotter, Esquire
Cotter, Cotter & Quinn, LLC
457 Castle Avenue
Fairfield, CT 06825

_____
Laura Pascale Zaino

521338_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105