UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW,<br>Plaintiff | :<br>: | CIVIL ACTION<br>NO. 3:02 cv 1234 (DJS) |
| V. | : | |
| AROLD MICHEL, ET AL<br>Defendants | :<br>: | MARCH 3, 2004 |

# **EXHIBIT A**

522196_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW | : | CIVIL ACTION |
|     Plaintiff | : | NO. 3:02 CV 1234 (DJS) |
| | : | |
| VS. | : | |
| | : | |
| AROLD MICHEL, | : | |
| MARIE RICHEMOND, | : | |
| PIERRE LOISELLE, | : | |
| ROSE LYNE LECLERC and | : | |
| ROSE LYNE LECLERC dba | : | |
| ROSE EXPRESS, ENR | : | |
|     Defendants | : | JANUARY 22, 2003 |

## COUNTERCLAIM DEFENDANT'S INTERROGATORIES TO BE ANSWERED BY COUNTERCLAIM PLAINTIFF

The undersigned, on behalf of the counterclaim defendant, JAMES SHAW, hereby propounds the following interrogatories to be answered by the counterclaim plaintiff, GUY BLAIS, under oath, within thirty (30) days of the filing hereof insofar as the disclosure sought will be of assistance in the defense of this action and can be provided by the counterclaim plaintiff with substantially greater facility than could otherwise be obtained.

::ODMA\MHODMA\Manage;366977;1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

1. Please state the following:

   (a) your full name and any other names by which you have been known;

   (b) your date of birth;

   (c) your motor vehicle operator's license number;

   (d) your home address;

   (e) your business address.

2. Identify and list each injury you claim to have sustained as a result of the incidents alleged in the counterclaim.

3. As to the injuries you claim to have sustained, please provide the following information:

   (a) When, where, and from whom did you first receive treatment for said injuries?

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

 (b) If you were treated at a hospital for injuries sustained in the alleged incident, state the name and location of each hospital and the dates of such treatment and confinement therein.

 (c) State the name and address of each physician, therapist, or other source of treatment for the conditions or injuries you sustained as a result of the incident alleged in your counterclaim.

4. When and from whom did you last receive any medical attention for injuries alleged to have been sustained as a result of the incident alleged in your counterclaim?

5. On what date were you fully recovered from the injuries or conditions alleged in your counterclaim?

 (a) If you claim you are not fully recovered, state precisely from what injuries or conditions you are presently suffering?

6. Are you presently under the care of any doctor or other health care provider for the treatment of injuries alleged to have been sustained as a result of the incident alleged in your counterclaim?

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

    (a)    If the answer to Interrogatory #6 is in the affirmative, state the name and address of each physician or other health care provider who is treating you.

7. Do you claim any present disability resulting from injuries or conditions allegedly sustained as a result of the incident alleged in your counterclaim?

    (a)    If so, state the nature of the disability claimed.

8. Do you claim any permanent disability resulting from said incident?

    (a)    If the answer to Interrogatory #8 is in the affirmative, please answer the following:

        (1)    list the parts of your body which are disabled;

        (2)    list the motions, activities, or use of your body which you have lost or which you are unable to perform;

        (3)    state the percentage of loss of use claimed as to each part of your body;

        (4)    state the name and address of the person who made the prognosis for permanent disability and the percentage of loss of use; and

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

  (5)  list the date for each such prognosis.

9. If you were confined to your home as a result of the injuries or conditions sustained as a result of the incident alleged in your counterclaim, state the dates between which you were so confined.

10. If you were confined to your bed as a result of the injuries or conditions sustained as a result of the incident alleged in your counterclaim, state the dates between which you were so confined.

11. List each medical report received by you or your attorney relating to your alleged injuries or conditions by stating the name and address of the treating doctor or other health care provider, and of any doctor or health care person you anticipate calling as a trial witness, who provided each such report and the date thereof.

12. List each item of expense which you claim to have incurred as a result of the incident alleged in your counterclaim, the amount thereof, and state the name and address of the person or organization to whom each item has been paid or is payable.

- 5 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

13. Identify each item of expense, if any, or portion thereof for which you have been reimbursed or which is reimbursable by an insurer, indicating the name of the insurer that made such payment or reimbursement or which is responsible for such reimbursement.

14. If, during the ten year period prior to the date of the incident alleged in the counterclaim, you were under a doctor's care for any conditions which were in any way similar or related to those identified and listed in your response to Interrogatory #2? If so, state the nature of said conditions, the dates on which treatment was received, and the name of the doctor or health care provider.

15. If, during the ten year period prior to the date of the incident alleged in the counterclaim, you were involved in any incident in which you received personal injuries similar or related to those identified and listed in your response to Interrogatory #2, please answer the following with respect to each such earlier incident:

    (a)   on what date and in what manner did you sustain such injuries?

    (b)   did you make a claim against anyone as a result of said accident?

    (c)   if so, provide the name and address of the person or persons against whom a claim was made;

- 6 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

(d) if suit was brought, state the name and location of the court, the return date of the suit, and the docket number;

(e) state the nature of the injuries received in said accident;

(f) state the name and address of each physician who treated you for said injuries;

(g) state the dates on which you were so treated;

(h) state the nature of the treatment received on each such date;

(i) if you are presently or permanently disabled as a result of said injuries, please state the nature of such disability, the name and address of each physician who diagnosed said disability, and the date of each such diagnosis.

16. If you were involved in any incident in which you received personal injuries since the date of the incident alleged in the counterclaim, please answer the following:

(a) on what date and in what manner did you sustain said injuries;

(b) did you make a claim against anyone as a result of said accident;

(c) if so, provide the name and address of the person or persons against whom a claim was made;

(d) if suit was brought, state the name and location of the court, the return date of the suit, and the docket number;

(e) state the nature of the injuries received in said accident;

- 7 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

(f) state the name and address of each physician who treated you for said injuries;

(g) state the dates on which you were so treated;

(h) state the nature of the treatment received on each such date;

(i) if you are presently or permanently disabled as a result of said injuries, please state the nature of such disability, the name and address of each physician who diagnosed said disability, and the date of each such diagnosis.

17. If you claim that as a result of the incident alleged in your counterclaim you were prevented from following your usual occupation, or otherwise lost time from work, please provide the following information:

(a) the name and address of your employer on the date alleged in the counterclaim;

(b) the nature of your occupation and a precise description of your job responsibilities with said employer on the date of the incident alleged in the counterclaim;

(c) your average weekly earnings, salary, or income received from said employment for the year preceding the date of the incident alleged in the counterclaim;

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

 (d) the date following the date of the incident alleged in the counterclaim on which you resumed the duties of said employment;

 (e) what loss of income do you claim as a result of the incident alleged in your counterclaim and how is said loss computed;

 (f) the dates on which you were unable to perform the duties of your occupation and lost time from work as a result of injuries or conditions claimed to have been sustained as a result of the incident alleged in your counterclaim.

18. Do you claim an impairment of earning capacity?

19. List any other expenses or loss and the amount thereof not already set forth and which you claim to have incurred as a result of the incident alleged in your counterclaim.

- 9 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

20. Have you signed a covenant not to sue, a release or discharge of any claim you had, have, or may have against any person, corporation, or other entity as a result of the incident alleged in your counterclaim?

21. If you have, please state in whose favor it was given, the date thereof, and the consideration paid to you for giving it.

22. Have you or anyone on your behalf agreed or made an agreement with any person, corporation or other entity to limit in any way the liability of such person, corporation or other entity as a result of any claim you have or may have as a result of the incident alleged in your counterclaim?

23. If you have, please state in whose favor it was given, the date thereof, and the consideration paid to you for giving it.

24. State whether since the date of the incident alleged in your counterclaim, you have made any claims under workers' compensation, and, if so, state the nature and dates of such claims.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

25. Have you made any non-privileged statements to any person regarding any of the events or happenings alleged in your counterclaim?

26. State the names and addresses of all persons known to you who were present with you at the time of the incident alleged in your counterclaim or who observed or witnessed all or part of the accident.

27. As to each individual named in response to Interrogatory #26, state whether to your knowledge, or to the knowledge of your attorney, such individual has given any non-privileged statement or statements concerning the subject matter of your counterclaim or alleged injuries. If your answer to this interrogatory is affirmative, state also:

    (a) the date on which statement or statements were taken;

    (b) the names and addresses of the person or persons who took such statement or statements;

    (c) the names and addresses of any persons present when such statement or statements were taken;

    (d) whether such statement or statements were written, made by recording device, or taken by court reporter or stenographer;

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

(e) the name and address of each person having custody or a copy or copies of such statement or statements.

28. Please identify by name and address any person, other than an expert who will not testify at trial, who took or prepared any and all of the following photographs in your possession or control or in the possession and control of your attorney, and state the dates on which such photographs were prepared:

   (a) photographs depicting the accident scene;

   (b) photographs depicting any condition or injury alleged to have been caused by the incident alleged in your counterclaim;

   (c) state the number of photographs taken;

   (d) state the date on which each of the photographs were taken;

29. State the names and addresses of all experts whom you intend to call as an expert witness at trial.

30. For each witness identified in response to Interrogatory #29, state:

- 12 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

(a) the subject matter on which each expert witness is expected to testify;

(b) the substance of the facts and opinions to which each expert witness is expected to testify;

(c) a summary of the grounds for each opinion of each expert witness expected to testify.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

### B. REQUESTS FOR PRODUCTION

The counterclaim defendant hereby requests that the counterclaim plaintiff provide counsel for the counterclaim defendant with copies of the documents described in the following requests for production, or afford counsel for said counterclaim defendant the opportunity or, where requested, sufficient written authorization to inspect, copy, photograph or otherwise reproduce said documents. The production of such documents, copies and written authorization shall take place at the offices of Halloran & Sage LLP, 225 Asylum Street, Hartford, CT  06103 on **Friday, February 21, 2003.**

(a)   All hospital records relating to treatment received as a result of the alleged incident, and to injuries, diseases or defects to which reference is made in the answers to Interrogatories 20, 21, and 22, or written authorization to inspect and make copies of said hospital records.

(b)   All reports of all doctors and all other care providers relating to treatment allegedly received by the counterclaim plaintiff(s) as a result of the alleged incident, and to the injuries, diseases or defects to which reference is made in the answers to Interrogatories, 20, 21, and 22 (exclusive of any records prepared or maintained by a licensed psychiatrist or psychologist) or written authorization to inspect and make copies of said reports.

(c)   Copies of, or sufficient written authorization to inspect and make copies of, the wage and employment records of all employers of the counterclaim plaintiff(s) for three (3) years prior to the date of the incident and for all years subsequent to the date of the incident to and including the date hereof.

(d)   If a claim of impaired earning capacity or lost wages is being alleged, provide copies of, or written authorization to obtain copies of, that part of all income tax

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

returns relating to lost income filed by the counterclaim plaintiff(s) for a period of three (3) years prior to the date of the incident and for all years subsequent to the date of the incident to and including the date hereof.

(e)  All property damage bills that are claimed to have been incurred as a result of the incident.

(f)  All medical bills that are claimed to have been incurred as a result of this incident.

(g)  All bills for each item of expense that are claimed to have been incurred in the answer to Interrogatory 18, and not already provided for in response to paragraphs 5 and 6 above.

(h)  All documents identified or referred to in the answer to Interrogatory 26.

(i)  A copy of any non-privileged statements, as defined in Practice Book Rule 13-1, of any party in this lawsuit concerning this action or its subject matter.

THE COUNTERCLAIM DEFENDANT,
JAMES SHAW

By /s/ Laura Pascale Zaino
Laura Pascale Zaino of
HALLORAN & SAGE LLP
Fed. Bar No. ct 19353
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

I hereby certify that I have reviewed the above interrogatories and responses thereto and that they are true and accurate to the best of my knowledge and belief.

_____
GUY BLAIS,
Counterclaim Plaintiff

Subscribed and sworn to before me this _____ day of _____ 2003

_____

Notary Public/
Commissioner of the Superior Court

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

This is to certify that on this 22nd day of January, 2003, a copy of the foregoing was sent, to counterclaim plaintiff's counsel of record and sent regular mail to all other counsel and pro se parties of record.

*For Counterclaim Plaintiff, GUY BLAIS:*
Arthur C. Laske, III, Esq.
Law Office of Arthur C. Laske, III
1261 Post Road
Fairfield, CT 06824
(203) 254-1770

*For the Plaintiff:*
Stephen P. Bertucio, Esquire
Salomone & Morelli
100 Farmington Avenue
Hartford, CT 06105
(860) 231-1800

*For Defendants, PIERRE LOISELLE, ROSE LYNE LECLERC and ROSE LYNE LECLERC d/b/a ROSY EXPRESS, ENR:*
Daniel Cotter, Esquire
Cotter, Cotter & Quinn, LLC
457 Castle Avenue
Fairfield, CT 06825
(203) 331-0774

*For Defendants, GUY BLAIS and 9018-8491 QUEBEC, INC., d/b/a G.B. TRANSPORT:*
Kevin A. Coles, Esq.
Sara D. Clinton, Esq.
Coles, Baldwin & Craft, LLC
1261 Post Road, P. O. Box 577
Fairfield, CT 06824
(203) 319-0800

*For Defendants, AROLD MICHEL and MARIE RICHEMOND:*
Joel M. Fain, Esq.
Rosemarie T. Weber, Esq.
Morrison, Mahoney & Miller
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

/s/ Laura Pascale Zaino
Laura Pascale Zaino

366977.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105