UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW, | : | CIVIL ACTION |
|     Plaintiff | : | NO. 3:02 cv 1234 (DJS) |
| V. | : | |
| AROLD MICHEL, ET AL | : | MARCH 3, 2004 |
|     Defendants | : | |

### AFFIDAVIT OF LAURA PASCALE ZAINO

STATE OF CONNECTICUT   )
                                    )      ss. Hartford
COUNTY OF HARTFORD     )

**LAURA PASCALE ZAINO**, being duly sworn and upon personal knowledge, deposes and states as follows:

1. I am over eighteen years of age and believe in the obligations of an oath. I am an attorney with the law firm of Halloran & Sage LLP, counsel for James Shaw in his capacity as counterclaim defendant in the above captioned action.

2. Pursuant to Local Rule 9(d)(2) and Rule 37(a)(2)(B) of the Federal Rules of Civil Procedure, I submit this affidavit in support of Mr. Shaw's motion to compel. In sum, Mr. Shaw seeks full and proper answers to Interrogatories Nos. 3, 4, 6, 13 and 19 and Requests for Production (c), (d), (e), (f) and (g) as directed to the counterclaim plaintiff, Guy Blais.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

3. On January 22, 2003, Mr. Shaw's second set of interrogatories and document production requests were served upon the counterclaim plaintiff's attorney. Copies of those interrogatories and document requests are attached hereto as Exhibit A.

4. On March 13, 2003, I received the counterclaim plaintiff's unsigned, unexecuted "partial compliance" with this discovery. A copy of the plaintiff's "partial compliance" is attached hereto as Exhibit B.

5. On October 21, 2003, I attempted to resolve this discovery dispute by forwarding plaintiff's counsel correspondence requesting full and complete compliance. A copy of this correspondence is attached hereto as Exhibit C.

6. When compliance was not forthcoming, I telephoned counterclaim plaintiff's counsel on January 7, 2004 to reiterate the request set forth in the October 21, 2003 correspondence. At that time, I was advised that this information would be forthcoming.

7. On January 12, 2004, I confirmed the January 7, 2004 telephone conversation by way of correspondence, which also attempted to add additional specificity to the requests. A copy of this January 12, 2004 correspondence is attached hereto as Exhibit D.

8. On February 9, 2004, when compliance was still not forthcoming, pursuant to Local Rule 9(d)(2) and Rule 37(a)(2), and in a good faith effort to resolve the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

discovery dispute, I forwarded plaintiff's counsel a one-page correspondence, a copy of which is attached hereto as Exhibit E.

9. To date, I have not received full and fair compliance with these requests which have been pending since January 2003.

                                                   Laura Pascale Zaino

Subscribed and sworn to before me this _____ day of March, 2004.

_____

Commissioner of the Superior Court

521678_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105