UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW, | : | CIVIL ACTION |
|    Plaintiff | : | NO. 3:02 cv 1234 (DJS) |
| V. | : | |
| AROLD MICHEL, ET AL | : | MARCH 3, 2004 |
|    Defendants | : | |

# **EXHIBIT C**

522196_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105



# HALLORAN
# &SAGE LLP
ATTORNEYS AT LAW

LAURA PASCALE ZAINO  Direct 860 297-4667  zaino@halloran-sage.com

October 21, 2003

Arthur C. Laske, III, Esquire
Law Office of Arthur C. Laske, III
1261 Post Road
Fairfield, CT 06824

    Re:    <u>Blais v. Shaw, et al.</u>
           Our File No.    :    13477.0001

Dear Attorney Laske:

    A review of our file indicates that we are still missing a great deal with respect to discovery compliance. Specifically, we still have not received a copy of the ambulance report, we do not have all of your client's rehabilitation and/or physical therapy records, we do not have <u>any</u> of your client's medical bills regarding his treatment in Canada, and we have never been provided with any wage information. I would therefore ask that you provide this information at your earliest possible convenience.

    Also, with respect to the partial discovery compliance you provided in March, 2003, I would ask that you make a full disclosure of the expenses your client is claiming (see Interrogatory No. 19), and a full disclosure regarding any expense reimbursement (see Interrogatory No. 13) at this time. Finally, it would not appear that we have received your client's notarized signature page which I understood was to be forthcoming following his deposition.

    If you have any questions or concerns regarding this request, kindly let me know. Otherwise, I look forward to hearing from you in the near future.

                                  Very truly yours,

                                  Laura Pascale Zaino
                                  Laura Pascale Zaino

LPZ/kaf

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW,<br>　　Plaintiff | : <br> : | CIVIL ACTION <br> NO. 3:02 cv 1234 (DJS) |
| V. | : | |
| AROLD MICHEL, ET AL<br>　　Defendants | : <br> : | MARCH 3, 2004 |

# **EXHIBIT D**

522196_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105



# HALLORAN & SAGE LLP
ATTORNEYS AT LAW

LAURA PASCALE ZAINO  Direct 860 297-4667  zaino@halloran-sage.com

January 12, 2004

Arthur C. Laske, Esquire
Law Office of Arthur C. Laske, III
1261 Post Road
Fairfield, CT 06824

Re:   **Blais v. Shaw, et al**
      Our File No.   :   13477.0001

Dear Attorney Laske:

This letter will confirm and supplement our telephone conversation of January 7, 2004. At that time, you indicated that you would be providing the information requested in my October 21, 2003 correspondence. While we have been provided with some of Mr. Blais's records related to his treatment in Canada, as you know, these records are largely incomplete. Specifically, we do not have and therefore request all of his records from the Centre Hospitalier Universtaire de Sherbrooke (CHU), all of his records from the Youville Hospital for Rehabilitation, all of his records from the CREI, all of his records from the Regional CLSC and all of his records from Dr. Roberge. In addition, we are still awaiting a copy of the ambulance report. Further, my client is particularly interested in obtaining an itemization of your client's medical expenses and the only bill we have relates to his hospitalization at Stamford Hospital. Once we receive this information, we will reconvene your client's deposition. As you know, we left his deposition "open" due to the fact that we had none of his medical records from Canada at the time we proceeded.

Thank you for your attention to this matter.

Very truly yours,

Laura Pascale Zaino

LPZ/kaf

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW,<br>  Plaintiff | : <br> : | CIVIL ACTION<br>NO. 3:02 cv 1234 (DJS) |
| V. | : | |
| AROLD MICHEL, ET AL<br>  Defendants | : <br> : | MARCH 3, 2004 |

# **EXHIBIT E**

522196_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105



# HALLORAN
# &SAGE LLP
ATTORNEYS AT LAW

LAURA PASCALE ZAINO  Direct 860 297-4667  zaino@halloran-sage.com

February 9, 2004

Arthur C. Laske, Esquire
Law Office of Arthur C. Laske, III
1261 Post Road
Fairfield, CT 06824

Re: **Blais v. Shaw, et al**
Our File No.   :   13477.0001

Dear Attorney Laske:

This correspondence will serve to follow ours of January 12, 2004 and October 21, 2003. This will also serve as our good faith effort to secure discovery responses pursuant to Rule 37(a)(2). As we have been waiting for complete compliance for nearly a year now, we will have no choice but to proceed with a Motion to Compel if we do not receive all of the information we are seeking by **February 27, 2004**. This would obviously include the information covered in our October 16, 2003 Motion to Compel which was recently granted.

Thank you for your attention to this matter.

Very truly yours,

Laura Pascale Zaino

LPZ/kaf
513428_1.DOC

One Goodwin Square, 225 Asylum Street, Hartford, Connecticut 06103   860 522-6103   Fax 860 548-0006   www.halloran-sage.com
Hartford / Middletown / Westport / Washington, D.C.