UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW | : | CIVIL ACTION |
| | | NO. 3:02 CV 1234 (DJS) |
| V. | : | |
| AROLD MICHEL, ET AL | : | APRIL 7, 2004 |

### MOTION FOR SANCTIONS

Pursuant to Rules 37(a)(4)(A) and 37(b) of the Federal Rules of Civil Procedure, the counterclaim defendant, James Shaw, respectfully moves the court to impose sanctions against the counterclaim plaintiff, Guy Blais and/or his attorney, for failure to comply with this court's January 16, 2004 Order regarding discovery.

Specifically, the counterclaim defendant requests that the counterclaim plaintiff be required to:

1. Bear the financial responsibility for the attorney's fees generated by the undersigned in drafting and filing the Motion to Compel which gave rise to the January 16, 2004 Order and with those associated with this motion and supporting documentation.

2. Any other sanctions this court deems appropriate.

A Memorandum of Law in support of this motion is submitted as well.[1]

---

[1] The undersigned has not provided confirmation of fees at this time but will obviously do so if this motion is granted and the court so requires. The undersigned is simply reluctant to release this confidential proprietary information prior to receiving a ruling on the motion itself.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, the defendant respectfully moves that sanctions be imposed against the counterclaim plaintiff or counterclaim plaintiff's counsel for their failure to comply with the ruling on the counterclaim defendant's Motion to Compel issued by this court on January 16, 2004.

        COUNTERCLAIM DEFENDANT,
        JAMES SHAW

By_____
   Laura Pascale Zaino of
   HALLORAN & SAGE LLP
   Fed. Bar #ct19353
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   (860) 522-6103

**CERTIFICATION**

This is to certify that on this _____ day of APRIL 2004, I hereby mailed a copy of the foregoing to:

Arthur C. Laske, III, Esq.
Law Office of Arthur C. Laske, III
1261 Post Road
Fairfield, CT 06824

Daniel Cotter, Esquire
Cotter, Cotter & Quinn, LLC
457 Castle Avenue
Fairfield, CT 06825

Rosemarie T. Weber, Esq.
Morrison, Mahoney & Miller
One Constitution Plaza, 10th Floor
Hartford, CT 06103

_____
Laura Pascale Zaino

534359_1.DOC

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105