UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW,<br>    Plaintiff | : <br> : | CIVIL ACTION<br>NO. 3:02 cv 1234 (DJS) |
| V. | : | |
| AROLD MICHEL, ET AL<br>    Defendants | :<br>: | APRIL 7, 2004 |

# **EXHIBIT A**

522196_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JAMES SHAW,
    Plaintiff,
-v-

ARNOLD MICHEL, ET. AL,
    Defendants.

CASE NO. 3:02CV1234 (DJS)

2004 JAN 22 A 8: 52

U.S. DISTRICT COURT
HARTFORD. CT.

### ORDER

Pending before this court is counterclaim defendant James Shaw's motion to compel [doc. #79]. Shaw seeks to compel counterclaim plaintiff Guy Blais' compliance with Shaw's Second Set of Interrogatories and Requests for Production dated January 22, 2003. Specifically, Shaw seeks complete and proper responsed to Interrogatories No. 20 and 21.

Shaw's motion is **GRANTED**. Counterclaim plaintiff Guy Blais has failed to provide the court with an adequate claim of privilege for the information requested by Shaw. The answers sought by Shaw are well within the scope of discovery provided for in Federal Rule of Civil Procedure 26(b)(1).

IT IS SO ORDERED at Hartford, Connecticut, this 16th day of January, 2004.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW, | : | CIVIL ACTION |
|    Plaintiff | : | NO. 3:02 cv 1234 (DJS) |
| V. | : | |
| AROLD MICHEL, ET AL | : | APRIL 7, 2004 |
|    Defendants | : | |

# **EXHIBIT B**

522196_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105



# HALLORAN & SAGE LLP
ATTORNEYS AT LAW

LAURA PASCALE ZAINO   Direct 860 297-4667   zaino@halloran-sage.com

March 26, 2004

**Via Fax Transmission**
**(203) 256-9442**

Arthur C. Laske, Esquire
Law Office of Arthur C. Laske, III
1261 Post Road
Fairfield, CT 06824

Re:   **Blais v. Shaw, et al**
      Our File No.   :   13477.0001

Dear Attorney Laske:

A review of our file reveals that you still have not complied with the court's January 22, 2004 ruling on our motion to compel. Please allow this correspondence to serve as notice that we will be forced to further pursue this matter with the court if we do not receive this information by the close of business today.

Thank you for your attention to this matter.

Very truly yours,

Laura Pascale Zaino

LPZ/kaf
532258_1.DOC