UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JAMES SHAW**<br>    **Plaintiff** | : | |
| v. | : | CIVIL NO.: 3:02cv1234(DJS) |
| **AROLD MICHEL, ET AL**<br>    **Defendants** | : | |

**ORDER**

Pursuant to a telephone conference held on April 28, 2004, the Motion to Compel (Doc. #88) and the Motion for Sanctions (Doc. #91) are hereby **DENIED as moot.**

The following will control the pretrial proceedings in this matter until further order from this Court. Discovery shall be completed by **September 24, 2004**. Dispositive motions shall be filed by **October 25, 2004** and if no dispositive motions are filed, the parties shall file their joint trial memorandum by **November 26, 2004.** This case shall be trial ready **December, 2004.** No further extensions shall be granted.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   28th   day of April, 2004.

                                                   /s/DJS
                                                   Dominic J. Squatrito
                                                   United States District Judge