UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar
Honorable Dominic J. Squatrito, U.S.D.J.
450 Main Street
Hartford
North Chambers, Suite 228, 2nd Floor

April 28, 2004

11:00 am

CASE NO. **3-02-cv-1234(DJS)**     **James Shaw v Arold Michel, et al**

Stephen P. Bertucio
Salomone & Morelli
461 Farmington Ave.
Hartford, CT 06105

Kevin A. Coles
Arthur C. Laske III
Michelle L. Treadwell
Coles, Baldwin & Craft
1261 Post Rd.
Fairfield, CT 06430

Daniel H. Cotter
Patrick M. Mullins
Clayton J. Quinn
Cotter, Cotter & Quinn
457 Castle Ave.
Fairfield, CT 06825

Sara Clinton Curtis
Law Offices of Sara Clinton Curtis
14 Priscilla Road
Norwalk, CT 06850

Joel M. Fain
Rosemarie T. Weber
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103-1810

Laura Alexandra Pascale
Richard C. Tynan                          BY ORDER OF THE COURT
Halloran & Sage                           KEVIN F. ROWE, CLERK
One Goodwin Sq., 225 Asylum St.