UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW | : | CIVIL ACTION |
| | | NO. 3:02 CV 1234 (DJS) |
| V. | : | |
| AROLD MICHEL, ET AL. | : | JUNE 11, 2004 |

## **MOTION FOR DISMISSAL AND/OR SANCTIONS**

Pursuant to Rules 37(a)(4)(a), 37(b) and 41(b) of the Federal Rules of Civil Procedure, the counterclaim defendant, James Shaw, respectfully moves this court to dismiss the counterclaim and/or to impose additional sanctions against the counterclaim plaintiff, Guy Blais and/or his attorney for his continued failure to comply with discovery and this court's orders relating thereto.

Specifically, the counterclaim defendant requests that:

1. This court dismiss the counterclaim.

2. If this court does not dismiss the counterclaim, that it warn the counterclaim plaintiff that any further failure to comply with the rules of discovery and orders of this court will result in a dismissal.

3. If this court does not dismiss the counterclaim, that it enter an order precluding the counterclaim plaintiff from introducing any evidence in support of his claims as to the counterclaim defendant's alleged actions or inactions constituting the cause of the accident as his continued failure to produce the records at issue is interfering with and/or preventing the counterclaim defendant's defense thereto.

4. The counterclaim plaintiff be required to bear the financial responsibility for the attorney's fees generated by the undersigned in drafting and filing this motion, the April 7, 2004

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105



motion for sanctions and the motion to compel which gave rise to this court's January 16, 2004 Order which remains unheeded.

5.  Any other sanctions this court deems appropriate.

A Memorandum of Law in support of this motion and affidavit of counsel are submitted as well.[1]

WHEREFORE, the counterclaim defendant respectfully moves that the counterclaim be dismissed and/or that sanctions be imposed against the counterclaim plaintiff or his counsel for continued failure to comply with discovery and this court's repeated orders related thereto.

          COUNTERCLAIM DEFENDANT
          JAMES SHAW

By_____
   Laura Pascale Zaino of
   HALLORAN & SAGE LLP
   Fed. Bar #ct 19353
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   (860) 522-6103

---

[1] The undersigned has not provided confirmation of fees at this time but will obviously do so if this motion is granted and the court so requires. The undersigned is again reluctant to release this confidential proprietary information prior to receiving a ruling on the motion itself.

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**CERTIFICATION**

      This is to certify that on this 10th day of June 2004, I hereby mailed a copy of the foregoing to:

Arthur C. Laske, III, Esq.  
Law Office of Arthur C. Laske, III  
1261 Post Road  
Fairfield, CT 06824

Rosemarie T. Weber, Esq.  
Morrison, Mahoney & Miller  
One Constitution Plaza, 10th Floor  
Hartford, CT 06103

Daniel Cotter, Esquire  
Cotter, Cotter & Quinn, LLC  
457 Castle Avenue  
Fairfield, CT 06825

                                                        _____  
                                                        Laura Pascale Zaino

One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

HALLORAN  
& SAGE LLP

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105