UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES SHAW                    :     CIVIL ACTION
                             :     NO. 3:02 CV 1234 (DJS)
V.                           :
                             :
AROLD MICHEL, ET AL          :
                             :
                             :     JUNE 10, 2004

**AFFIDAVIT OF LAURA PASCALE ZAINO**

Laura Pascale Zaino, hereby being duly sworn, deposes and says:

1. I am over the age of eighteen and I understand the obligations of an oath.

2. The statements contained herein are based upon my own personal knowledge.

3. I am associate with Halloran & Sage, LLP assisting in the defense of the counterclaim against James Shaw by Guy Blais in the matter of James Shaw v. Arold Michel, et al, Docket No. 3:02 CV 1234 (DJS).

4. On January 22, 2003, I served Interrogatories and Production Requests upon the counterclaim plaintiff, GUY BLAIS, relative to the above-stated action.

5. Despite continued attempts to secure compliance, including obtaining orders of this court, the undersigned has been unsuccessful.

6. Prior to filing this motion, I issued correspondence to Plaintiff's counsel on May 10, 2004 and June 3, 2004 in an effort to resolve this issue.

7. Copies of both letters are attached hereto and are true and accurate.

8. Neither letter met with any response and I still do not have the information requested by discovery and ordered produced by this court.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

9. As such, I submit that I have made a good faith effort to resolve this issue short of court intervention.

Dated: 6|10|04

Laura Pascale Zaino

STATE OF CONNECTICUT        :

                            :        JUNE 10, 2004

COUNTY OF HARTFORD          :

Then and there personally appeared Laura Pascale Zaino, who subscribed the foregoing Affidavit and who swore to the truth of the statements contained therein, before me the undersigned authority.

Notary Public/
Commissioner of the Superior Court