UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW | : | CIVIL ACTION<br>NO. 3:02 CV 1234 (DJS) |
| V. | : | |
| AROLD MICHEL, ET AL | : | SEPTEMBER 16, 2004 |

**MOTION FOR ENLARGEMENT OF SCHEDULING ORDER**
**(BY AGREEMENT NUNC PRO TUNC)**

The counterclaim defendant, James Shaw, hereby request this Court to enlarge the deadlines contained in the Court's (Squatrito, J.) April 29, 2004 Scheduling Order as follows:

All discovery including depositions to be completed by **December 31, 2004**.

All dispositive motions will be filed on or before **January 30, 2005** and the Joint Trial Memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed by **February 28, 2005**, or thirty (30) days after the Court rules on any summary judgment motion filed by the defendants, whichever is later.

This case will be trial ready by **March, 2005**, or thirty (30) days after the Joint Trial Memorandum is filed, whichever is later.

The undersigned has been diligently pursuing discovery of the plaintiff's medical records from his Canadian treaters. These records are necessary before the plaintiff's deposition can be reconvened and before a determination can be made as to whether any medical depositions will be necessary.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

On April 28, 2004, this court held a telephone status conference to discuss certain issues pertaining to discovery. This conference came on the heels of the undersigned's April 7, 2004 motion for sanctions. During the conference, this court ordered the plaintiff to provide certain specific information, including a medical authorization.

The plaintiff provided this authorization on August 11, 2004. On August 12, 2004, the undersigned forwarded this authorization to four providers in Canada along with correspondence (in both French and English) requesting records relating to the plaintiff. As of this date, only two of the four providers have responded (the second being on September 13, 2004) by providing records in French. These records are in the process of being translated and the other requests remain outstanding.

Because of this timetable, which had nothing to do with the undersigned's diligence or lack thereof, meeting the September 24, 2004 discovery deadline has become an impossibility. The undersigned therefore requests, with agreement from plaintiff's counsel, that the deadlines set forth herein be enlarged as suggested.

This Motion for Enlargement of Time is filed by agreement between plaintiff's counsel and defendants' counsel.

This is counterclaim defendant's <u>first</u> request for an enlargement of time.

WHEREFORE, for the foregoing reasons, the undersigned defendants respectfully request an enlargement of the deadlines contained in the Court's Scheduling Order of April 28, 2004.

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

          THE COUNTERCLAIM DEFENDANT,
          JAMES SHAW,


          By_____
            Laura Pascale Zaino of
            HALLORAN & SAGE LLP
            Fed. Bar #ct 19353
            One Goodwin Square
            225 Asylum Street
            Hartford, CT 06103
            (860) 522-6103

## CERTIFICATION

      This is to certify that on this 16th day of SEPTEMBER, 2004, I hereby mailed a copy of the foregoing to:

**For Counterclaim Plaintiff, GUY BLAIS:**
Arthur C. Laske, III, Esq.
Law Office of Arthur C. Laske, III
1261 Post Road
Fairfield, CT 06824

**For Defendants, PIERRE LOISELLE, ROSE LYNE LECLERC and ROSE LYNE LECLERC d/b/a ROSY EXPRESS, ENR:**
Daniel Cotter, Esquire
Cotter, Cotter & Quinn, LLC
457 Castle Avenue
Fairfield, CT 06825

**For Defendants, AROLD MICHEL and MARIE RICHEMOND:**
Rosemarie T. Weber, Esq.
Morrison, Mahoney & Miller
One Constitution Plaza, 10th Floor
Hartford, CT 06103


          _____
                Laura Pascale Zaino

591743_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105