UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:02 CV 1234 (DJS) |
| V. | : | |
| AROLD MICHEL, | : | |
| MARIE RICHEMOND, | : | |
| PIERRE LOISELLE, | : | |
| ROSE LYNE LECLERC and | : | |
| ROSE LYNE LECLERC dba | : | |
| ROSE EXPRESS, ENR | : | |
| Defendants | : | February 18, 2005 |

### **APPEARANCE**

Enter my appearance as Attorney for the counterclaim defendant, JAMES SHAW, only, in the above-entitled case.

COUNTERCLAIM DEFENDANT,
JAMES SHAW

By_____
Mark T. Altermatt
HALLORAN & SAGE LLP
Fed. Bar #ct 08920
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103

13477.0001.097

One Goodwin Square
225 Asylum Street
Hartford, CT  06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 18th day of February, 2005, I hereby mailed a copy of the foregoing to:

Arthur C. Laske, III.
1261 Post Road
Fairfield, CT 06430

Joel M. Fain, Esq.
Rosemarie T. Weber, Esq.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103

Daniel H. Cotter, Esq.
Cotter, Cotter & Quinn
457 Castle Ave.
Fairfield, CT 06825

                                              _____
                                              Mark T. Altermatt
                                              Laura Pascale Zaino

One Goodwin Square                 HALLORAN              Phone (860) 522-6103
225 Asylum Street                    & SAGE LLP            Fax (860) 548-0006
Hartford, CT 06103                                                 Juris No. 26105