UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW | : | CIVIL ACTION |
| Plaintiff | : | CV. 3:02 CV 1234 (DJS) |
| VS. | : | |
| AROLD MICHEL, ET AL | | |
| Defendant | : | FEBRUARY 15, 2005 |

## MOTION TO PERMIT ADDITIONAL EXPERT DISCLOSURE

The counterclaim plaintiff, Guy Blais, request permission to disclose Dr. Patrick Carolan, an orthopaedic surgeon, to testify as to the nature and extent of the medical treatment received by the plaintiff in Connecticut and Canada.

The reason for the supplemental disclosure outside of the regular date is that many of the plaintiff's treating physicians are in Canada and the joint effort by the parties to allow for the translation of these documents still provides significant evidentiary issues. Dr. Patrick Carolan, who has reviewed the plaintiff's Connecticut medical reports as well as the translation of the Canadian medical reports, is prepared to provide testimony regarding the nature and extent of the orthopaedic treatment provided to the plaintiff by his American and Canadian physicians and therapists. Due to the difficulty involved in bringing this vital and critical testimony before the jury through either original reports or testimony of doctors who only speak French or are located in Canada, Dr. Carolan is proposed as an additional expert in order to explain the medical procedures

and therapy provided to date to the plaintiff. Dr. Carolan will not provide his own independent opinion regarding the percentage of disability or the limitations of the plaintiff, but will only provide medical testimony as to the treatment provided to and recommendations for the plaintiff, all of which are substantive issues. His testimony will include his review of the plaintiff's medical records previously supplied to the defendant by the plaintiff and which the defendant has had access pursuant to authorizations independently issued to the defendant.

Given that the testimony of Dr. Carolan does not provide any new testimony other than to facilitate the presentation of the evidence to the jury, and given that his role will be to facilitate the orderly presentation of evidence at trial, the plaintiff respectfully requests that the Court allow this Supplemental Disclosure of Expert Witness.

In addition, Dr. Carolan will make himself readily available for deposition should the defendant so require

THE COUNTERCLAIM PLAINTIFF

BY:_____
Arthur C. Laske III
Laske & Brown, LLC
1261 Post Road
Fairfield, CT  06824
(203) 254-1770
(203) 256-9442 (fax)
Federal Bar No: ct 03773

## CERTIFICATION

      I hereby certify that a true copy of the foregoing has been mailed, postage pre-paid, or electronically delivered, this 15th day of February, 2005, to all counsel of record as follows:

Attorney Laura Pascale Zaino
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT   06103

Attorney Rosemarie T. Weber
Morrison, Mahoney & Miller
One Constitution Plaza, 10th Floor
Hartford, CT   06103

Daniel Cotter, Esquire
Cotter, Cotter & Quinn
457 Castle Avenue
Fairfield, CT   06825

_____
Arthur C. Laske III