UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW | : | CIVIL ACTION |
| | | NO. 3:02 CV 1234 (DJS) |
| V. | : | |
| AROLD MICHEL, ET AL | : | FEBRUARY 24, 2005 |

### PLAINTIFF GUY BLAIS' AND DEFENDANT JAMES SHAW'S JOINT TRIAL MEMORANDUM

**(1)   TRIAL COUNSEL**

*For the Counterclaim Plaintiff (Guy Blais):*
Arthur C. Laske, III.
1261 Post Road
Fairfield, CT 06430
(203) 254-1770

*For the Counterclaim Defendant (James Shaw):*
Richard C. Tynan
Mark T. Altermatt
Laura Pascale Zaino
Halloran & Sage
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

*For the Third Party Defendant (Arold Michel):*
Joel M. Fain
Rosemarie T. Weber
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

*For the Third Party Defendant (Pierre Loiselle):*
Daniel H. Cotter
Cotter, Cotter & Quinn
457 Castle Ave.
Fairfield, CT 06825
(203) 331-0774

**(2)   JURISDICTION**

The jurisdiction of this Court is based upon diversity of citizenship pursuant to

U.S.C. § 1332.

**(3)   JURY/NON-JURY**

The entire matter will be tried before a jury, though in separate proceedings.  See

10/3/03 Court Order ("[A]ll indemnification and/or contribution claims in this matter will

be tried in a separate proceeding, after a trial is held on the substantive claims.")

**(4)   LENGTH OF TRIAL**

The parties anticipate that the first party action will last 4-5 trial days, including

deliberations.

**(5)   FURTHER PROCEEDINGS**

The counterclaim defendant anticipates filing motions in limine regarding some or

all of the issues identified in response to #11.

**(6)   NATURE OF CASE**

This lawsuit arises from a multi-vehicle (4) accident which took place on July 20,

2000, on Interstate 95 Westbound in the vicinity of Exit 2 in Greenwich, Connecticut.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The lawsuit, which sounds in negligence, was initiated by James Shaw, against the other three drivers involved in the accident, Guy Blais, Arold Michel and Pierre Loiselle, the owner of the Michel vehicle, Marie Richemond, and the owners of the Loiselle vehicle, Rose Lyne Leclerc and Rose Lyne Leclerc D/B/A Rosy Express, ENR. Mr. Shaw claimed to have suffered personal injuries. Guy Blais, in turn, counterclaimed in negligence against Shaw and cross claimed against Michel, Richemond, Loiselle, Leclerc and Leclerc D/B/A Rosy Express, ENR. Mr. Blais claims to have suffered personal injuries. Shaw's first party action has been resolved. Blais's cross claims against Michel, Richemond and Loiselle have also been resolved. Thus, the only remaining first party claims are Blais's common law negligence claims against Shaw.

Shaw has denied all allegations of negligence and has asserted affirmative defenses of comparative negligence and sudden emergency. Shaw maintains that the accident was caused by the negligence of Blais, Michel and Loiselle. Shaw also has claims for apportionment and third party claims for indemnification against Michel, Richemond, Loiselle, Leclerc and Leclerc D/B/A Rosy Express, ENR. The third party claims will be heard in a separate proceeding, if necessary.

**(7)     TRIAL BY MAGISTRATE JUDGE**

The parties would consent to trial by magistrate.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**(8)** **LIST OF WITNESSES**

*For the Counterclaim Plaintiff*:

a. **Guy Blais,** 25 North De Le Croix, Bromptonville, Quebec. Mr. Blais will testify as to his personal background, employment history, injuries, limitations, changes in lifestyle, and the effect of this injury on his life. (4.0 hours)

b. **Pierre Blais,** Quebec, Canada. Mr. Blais will testify as to his observations of the effect of the plaintiff's injuries on his brother, Guy. He will testify as to how he has been required to assist Guy in many aspects of his daily living, how he has perceived changes in Guy's demeanor and outlook, as well as physical limitations he has observed in his brother. (2.5 hours).

c. **James Shaw**, 103 Maple Avenue, Montclair, New Jersey, 07042. Mr. Shaw will testify regarding his observations, recollection and involvement in the motor vehicle accident on July 20, 2000 which is the subject of this action. (1.5 hours)

d. **Arold Michel**, 410 E 25th Street, Apt. 1G, Brooklyn, NY. Mr. Michel will testify regarding his observations, recollection and involvement in the motor vehicle accident on July 20, 2000 which is the subject of this action. (1 hour)

e. **Pierre Loiselle**, 562 RNAG 7, St. Claude, Quebec, Canada, JOB2NO. Mr. Loiselle will testify regarding his observations, recollection and involvement in the motor vehicle accident on July 20, 2000 which is the subject of this action. He will also testify regarding his observations and recollection of the time prior to the accident, including time he spent with and/or communicating with the counterclaim plaintiff, Guy Blais. He will also testify regarding his relationship with the counterclaim plaintiff, Guy Blais. (1.5 hours)

f. **Trp. Michael E. Trotman**, CSP-G, 149 Prospect Street, Bridgeport, CT 06604. Trooper Trotman will testify as to his observations at the accident scene and his investigation into the accident. (1 hour)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

g.  **Trp. Medina (# 1387)**, CSP-G, 149 Prospect Street Bridgeport, CT 06604. Trooper Medina will testify as to his observations at the accident scene and his investigation into the accident. (1 hour)

h.  **Trp. Kiely (# 905)**, CSP-G, 149 Prospect Street Bridgeport, CT, 06604. Trooper Kiely will testify as to his observations at the accident scene and his investigation into the accident. (1 hour).

i.  **Russell Cavallo, M.D.**, treating physician, in accordance with expert disclosure dated September 15, 2003. (2.0 hours)

j.  **Douglas Smego, M.D.**, treating physician, in accordance with expert disclosure dated September 15, 2003. (2.0 hours)

k.  **Claude Roberge, M.D.**, treating physician, in accordance with expert disclosure dated September 15, 2003.

l.  **Patrick Carolan, M.D.,** 3909 Main Street, Bridgeport, Connecticut, (proposed in Expert Disclosure filed February 17, 2005, subject to Court approval). Will testify as to nature and extent of plaintiff's medical treatment in United States and Canada as described in plaintiff's medical records.

*The counterclaim plaintiff reserves his right to supplement his witness list prior to trial.

*For the Counterclaim Defendant:*

a.  **James Shaw**, 103 Maple Avenue, Montclair, New Jersey, 07042. Mr. Shaw will testify regarding his observations, recollection and involvement in the motor vehicle accident on July 20, 2000 which is the subject of this action. (1.5 hours)

b.  **Arold Michel**, 410 E 25th Street, Apt. 1G, Brooklyn, NY. Mr. Michel will testify regarding his observations, recollection and involvement in the motor vehicle accident on July 20, 2000 which is the subject of this action. (1 hour)

c.  **Pierre Loiselle**, 562 RNAG 7, St. Claude, Quebec, Canada, JOB2NO. Mr. Loiselle will testify regarding his observations, recollection and involvement in the motor vehicle accident on July 20, 2000 which is the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

      subject of this action.  He will also testify regarding his observations and recollection of the time prior to the accident, including time he spent with and/or communicating with the counterclaim plaintiff, Guy Blais.  He will also testify regarding his relationship with the counterclaim plaintiff, Guy Blais.  (1.5 hours)

   d.   **Daniel McNally, M.D.**, UCONN Medical Center, 263 Farmington Avenue, Farmington, CT 06030.  Dr. McNally will testify regarding the counterclaim plaintiff's sleep apnea and his opinion as to the role that this condition played in causing the accident.  (2 hours)

   e.   **Trp. Michael E. Trotman**, CSP-G, 149 Prospect Street, Bridgeport, CT 06604.  Trooper Trotman will testify as to his observations at the accident scene and his investigation into the accident.  (1 hour)

   f.   **Trp. Medina (# 1387)**, CSP-G, 149 Prospect Street Bridgeport, CT 06604.  Trooper Medina will testify as to his observations at the accident scene and his investigation into the accident.  (1 hour)

   g.   **Trp. Kiely (# 905)**, CSP-G, 149 Prospect Street Bridgeport, CT, 06604.  Trooper Kiely will testify as to his observations at the accident scene and his investigation into the accident.  (1 hour).

   h.   **David Vacek**, Mr. Vacek will testify regarding his observations about and recollection of the motor vehicle accident on July 20, 2000.

\*\*   The counterclaim defendant reserves his right to call the counterclaim plaintiff.

\*\*   The counterclaim defendant reserves his right to supplement his witness list prior to trial.

**(9)**    **<u>EXHIBITS</u>**

*For the Counterclaim Plaintiff*:

1.   Photographs of accident scene

2.   Medical Records from Stamford Hospital

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

    3.    Medical Records from Sherbrooke University Hospital Center

    4.    Medical Reports/records from Dr. Roberge

    5.    Road map of Interstate 95 in area of accident

*The counterclaim plaintiff reserves his right to supplement his exhibit list prior to trial.

*For the Counterclaim Defendant:*

1. Dr. Boileau treatment records

2. Dr. Roberge treatment records

3. Dr. McNally 10/25/04 report

4. Arold Michel deposition transcript

5. Pierre Loiselle deposition transcript

6. Rule 26(a)(1) statement filed by Guy Blais

7. Guy Blais' Answer to Complaint

8. Guy Blais' responses to Interrogatories and Production Requests as both defendant and counterclaim plaintiff.

**    The counterclaim defendant reserves his right to object to any of the counterclaim plaintiff's proposed exhibits.

**(10)** <u>**TRIAL TO JURY**</u>

    (a)    <u>STIPULATION OF UNCONTROVERTED FACTS</u>

The counterclaim plaintiff and counterclaim defendant were involved in a multi vehicle accident on July 20, 2000. This accident took place on 1-95 near exit 2 in

- 7 –



One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

HALLORAN  
& SAGE LLP

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105

Greenwich, Connecticut.  Both parties were driving tractor trailers.  The other two vehicles were a van, driven by Arold Michel and a tractor trailer driven by Pierre Loiselle.  The Michel vehicle was the first vehicle in the chain of four involved in the collision.  The Shaw vehicle was second, the Blais vehicle was third and the Loiselle vehicle was fourth.  The Michel vehicle had lost power and was attempting to exit the highway at the time of the collision.  The Loiselle vehicle and the Blais vehicle collided at some point in the chain of events.  The Blais vehicle collided with the Shaw vehicle at some point in the chain of events.  The Shaw vehicle collided with the Michel vehicle at some point in the chain of events.  The counterclaim plaintiff, Blais, suffered some injuries in this collision.  The counterclaim plaintiff, Blais, who was traveling alone in his vehicle at the time of the collision, has no memory of the collision or of anything which transpired during the eight hours prior thereto.

    (b)    <u>PROPOSED VOIR DIRE QUESTIONS</u>

        Counterclaim Plaintiff to provide to the Court under separate Cover.  Counterclaim defendant's proposed voir dire questions attached as Appendix A

    (c)    <u>PROPOSED  JURY INSTRUCTIONS</u>

        Counterclaim Plaintiff to provide to the Court under separate Cover.  Counterclaim defendant's proposed jury instructions attached as Appendix B

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**(11)** **ANTICIPATED EVIDENTIARY PROBLEMS**

By the Counterclaim Plaintiff:

1.     A <u>Daubert</u> motion as to the nature, extent, foundation, and basis for the testimony expected to be provided to the court by defendant's proposed expert Dr. David McNally.

By the Counterclaim Defendant:

1. The counterclaim plaintiff has only provided some of his Canadian records in translated form.  We would object to the admission of any records at trial that have not been previously translated and provided accordingly.

2. The counterclaim plaintiff has not provided any medical bills relating to his medical treatment in Canada.  We would object to his testifying as to any monetary value associated therewith.

3. The counterclaim plaintiff has not provided any documentation in support of his lost wage and loss of earning capacity claims.  We would object to any such proffers at the time of trial.

4. We may move to preclude the entirety of or at least limit the opinions which the plaintiff's experts have been disclosed to provide based upon insufficient disclosure and/or deviation from representations regarding medical bills in Canada.

5. We may object to some or all of proffered medical records and/or request redaction of same.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

6. We will file a motion in limine and/or object to the testimony of the counterclaim plaintiff's proposed expert Dr. Patrick Carolan.

        THE COUNTERCLAIM PLAINTIFF
        GUY BLAIS

BY_____
    ARTHUR C. LASKE III
    1261 POST ROAD
    FAIRFIELD, CT 06432
    FED. BAR # 03773
    (203)254-1770

THE COUNTERCLAIM DEFENDANT
JAMES SHAW

By_____
    Richard C. Tynan
    Mark T. Altermatt
    Laura Pascale Zaino of
    HALLORAN & SAGE LLP
    Fed. Bar #ct 08920
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

  This is to certify that on this 24th day of February, 2005, I hereby mailed a copy of the foregoing to:

Arthur C. Laske, III.
1261 Post Road
Fairfield, CT 06430

Joel M. Fain, Esq.
Rosemarie T. Weber, Esq.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103

Daniel H. Cotter, Esq.
Cotter, Cotter & Quinn
457 Castle Ave.
Fairfield, CT 06825

                Mark T. Altermatt
                Laura Pascale Zaino

656182.1

- 11 –

One Goodwin Square　　　　　HALLORAN　　　　　Phone (860) 522-6103
225 Asylum Street　　　　　　& SAGE LLP　　　　　Fax (860) 548-0006
Hartford, CT 06103　　　　　　　　　　　　　　　　Juris No. 26105