UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW | : | CIVIL ACTION |
| | | NO. 3:02 CV 1234 (DJS) |
| V. | : | |
| AROLD MICHEL, ET AL | : | FEBRUARY 24, 2005 |

## COUNTERCLAIM DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

The undersigned counterclaim defendant requests that each of the prospective jurors be required to identify themselves, giving their number, name, their address for the past five years, their occupation for the past five years and occupation of their spouses for the past five years. The counterclaim defendant requests that they then be asked the following questions:

1. Have any of you ever served as a juror previously, either in State or Federal Court? If so, where and when was it and did it involve civil or criminal cases.

2. Are you or any members of your family or friends related to any of the attorneys representing any of the parties to this action? If so, what is the relationship?

3. Have you or any members of your family or friends ever been represented by, or are you or they socially acquainted with, any of the attorneys who represent any of the parties to this action? If so, state when and where the representation of such attorney, or the extent of the acquaintance with such, occurred.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4.  Do you or any members of your family or friends know the counterclaim plaintiff or any members of his family?

5.  Do you have any knowledge about this lawsuit or any other lawsuit involving claims for personal injuries arising from a motor vehicle collision?

6.  Do you have any opinions, positive or negative, regarding personal injury lawsuits and the people who bring them?

7.  Do you or any members of your family or friends know any of the people who are expected to be witnesses in this case or any of the organizations with which the witnesses are associated?

8.  Have you ever been a party to a lawsuit or brought a claim for money damages? If so:

    (1) did you bring the suit or claim or was it brought against you;

    (2) what was the nature of the lawsuit or claim;

    (3) how was the suit or claim resolved.

9.  Have you or any members of your family or friends ever worked for a lawyer?

10. Is there any one of you who, if instructed to do so by the Judge, could not or would not be able to put aside all natural feelings of sympathy during jury deliberations and decide this case strictly on the facts and the law?

11. If there are any one of you who would find it extremely difficult, if not impossible, to follow the Judge's instructions not to discuss the case outside of the courtroom with anyone, including family members, please say so now.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

12.     Are there any among you who feel that merely because a person brings a lawsuit and claims money damages that such person is entitled to be awarded damages by a jury without first proving that the defendant is liable under the law?

13.     Are there any among you who feel that merely because the defendant has been sued that he must have done something wrong or must legally be at fault?

14.     Are there any among you who feel that even if the plaintiff fails to prove his case against the defendant, you could not or would not send the plaintiff home without any money because he claims he has suffered a great deal and incurred expenses?

15.     Do any one of you feel now, before hearing any of the evidence, that you are inclined to lean towards any party or be sympathetic towards the position of any party?

16.     Do any of you know anything about the circumstances surrounding this lawsuit?

17.     Do you have any opinions regarding tractor trailer drivers?

18.     Are you a physician or nurse?

19.     As you may know, you will hear some witnesses during trial who may tell you the whole truth, others may not tell the entire truth, some may tell a combination of both, some may not know all of the information necessary to give you the adequate information you need.  Do you have any problem using your common sense in every experience in assessing the honesty and credibility of each witness?

20.     Is there anything else that you think we should know about you as we get ready to begin this case?

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

21. Do you know of any reason why you think that you could not sit and render a just, fair, honest and impartial verdict?

656239.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105