UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES SHAW : <br>     Plaintiff | |
| v. : | CIVIL NO.: 3:02cv1234(DJS) |
| AROLD MICHEL, ET AL : <br>     Defendants | |

ORDER OF REFERENCE TO
A UNITED STATES MAGISTRATE JUDGE

In the interest of justice, the above identified case is hereby referred to <u>Donna F. Martinez</u>, United States Magistrate Judge for all purposes, including trial. The parties have consented to their case being heard before a magistrate judge in their joint trial memorandum dated February 24, 2005 (Doc. #103).

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut this  4th  day of March, 2005.

                                         /s/DJS
                                         Dominic J. Squatrito
                                         United States District Judge