UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW | : | CIVIL ACTION NO. |
|     PLAINTIFF | : | 3:02 CV 1234 (DFM) |
| | : | |
| VS. | : | |
| | : | |
| AROLD MICHEL, ET AL | : | |
|     DEFENDANTS | : | JUNE 6, 2005 |

**SUPPLEMENTAL DISCLOSURE**
**OF EXPERT TESTIMONY**

Pursuant to Federal Rules of Civil Procedure 26(a)(2)(B) and pursuant to the court (Martinez, J.) order dated May 13, 2005, the plaintiff, Guy Blais, hereby supplements his prior disclosure of Dr. Patrick Carolan in the following manner:

1. By attaching a written report by Dr. Patrick Carolan dated June 2, 2005, regarding his medical records review of Guy Blais' medical file in the instant matter.

2. To the extent stated in the attached report, Dr. Carolan reviewed and relied upon the following records as set forth herein in detail:

    a. Medical records from Greenwich Emergency Medical Service regarding date of treatment, July 20, 2000;

    b. Medical records from Stamford Hospital regarding dates of treatment of July 20, 2000 through July 30, 2000;

1

c. E-mail report from Dr. Stephane Ricard to Attorney Arthur C. Laske III dated November 16, 2004;

d. Deposition of Guy Blais dated March 19, 2003;

e. Medical file from Dr. Claude Roberge, including medical reports dated December 1, 2000 through November 13, 2002, and a medical report dated October 23, 2004;

f. Copies of Dr. Boileau's medical records (translated into English) as received from Halloran and Sage, with a cover letter dated February 3, 2005;

g. Medical records from University of Sherbrooke Hospital, in particular, a medical report dated October 7, 2004;

h. Medical reports received from Michel Leroux, M.D., in particular, a medical report dated April 21, 2004;

i. Medical reports received from Centre Hospitalier Universitaire de Sherbrooke, for the period of July 30, 2000 through September 20, 2000;

j. Medical records from the Geriatric Institute Hospital;

k. Deposition of Guy Blais dated December 7, 2004;

l. X-ray films received from Stamford Hospital as described in the Stamford Hospital reports cited above.

13. The qualifications of Dr. Patrick Carolan are specified in a copy of his Curriculum Vitae which is attached hereto as Exhibit A, which includes a list of any publications authored by Dr. Carolan.

14. Dr. Patrick Carolan has indicated that he does not maintain a listing of the trials and/or depositions at which he has testified; however, his office is making a diligent attempt to create such a list for purposes of this disclosure. That information will be provided to the court in a supplemental report when it can be produced by the doctor's office. In addition, the doctor's fee for the services rendered for the study of this matter and his testimony will be at the rate of $500.00 per hour for pre-trial discussion, and $1,000.00 per hour for trial testimony.

15. Pursuant to the order of the court, Dr. Carolan's proposed testimony and opinions will be consistent with his letter dated June 2, 2005. Dr. Carolan will testify as to his opinion regarding the present medical status of Mr. Blais. Dr. Carolan will testify regarding the medical opinions expressed by Mr. Blais' physicians, the medical options available to him, specifically the need for future surgeries to fuse and/or replace the hip, along with all recent and necessary steps to be undertaken for this surgical procedure and follow-up therapies, along with an explanation by Dr. Carolan of the nature and extent

of the medical care required by the plaintiff based upon his review of the plaintiff's medical file.

RESPECTFULLY SUBMITTED

BY:_____
ARTHUR C. LASKE III
Laske & Brown, LLC
1261 Post Road
Fairfield, CT   06824
(203) 254-1770
(203) 256-9442 (fax)
Fed. Bar I.D. #ct 03773

### CERTIFICATION OF SERVICE

I hereby certify that a true copy of the foregoing has been mailed, postage pre-paid, or electronically delivered, this 6th day of June, 2005, to all counsel of record and/or pro se parties, as follows:

Attorney Mark Altermatt
Attorney Laura Pascale Zaino
Halloran and Sage
One Goodwin Square
225 Asylum Street
Hartford, CT   06103

Attorney Rosemarie T. Weber
Morrison, Mahone & Miller
One Constitution Plaza
10th Floor
Hartford, CT   06103

Daniel Cotter, Esquire
Cotter, Cotter & Quinn
6515 Main Street
Second Floor; Suite 10
Trumbull, CT   06611

_____
ARTHUR C. LASKE III

Case 3:02-cv-01234-DFM     Document 111     Filed 06/06/2005     Page 5 of 5