

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW<br>    PLAINTIFF | : | CIVIL ACTION NO:<br>3:02 CV 1234 (DFM) |
| VS. | : | |
| AROLD MICHEL, ET AL | : | AUGUST 30, 2005 |

### VOLUNTARY STIPULATION FOR DISMISSAL OF CLAIMS BETWEEN CROSS CLAIM PLAINTIFF, GUY BLAIS AND DEFENDANT, JAMES SHAW

Pursuant to Rule 41(C) of the Federal Rules of Civil Procedure, all parties stipulate that the cause of action brought by the Counter Claim Plaintiff, Guy Blais, against the Counter Claim Defendant, James Shaw, in the above captioned matter, shall be dismissed with prejudice and without costs or counsel fees to any party, for the reason that this matter has been resolved as between Guy Blais and James Shaw, and furthermore, all remaining claims between the Counter Claim Defendant, James Shaw, and the Counter Claim Defendants, Loiselle, LeClerc and Rose Express, and Michel and Richmond, shall be dismissed with prejudice and without costs or counsel fees to any party.

The parties agree that the above cause of action can be withdrawn.

THE COUNTER CLAIM
PLAINTIFF, GUY BLAIS

BY: _____
Arthur C. Laske III
1261 Post Road
Fairfield, CT  06824
Fed. Bar No. ct 03773
(203) 254-1770

THE DEFENDANTS, PIERRE
LOISELLE, ROSE LYNE
LECLERC and ROSE LYNE
LECLERC d/b/a ROSE EXPRESS,
ENR

BY: _____
Daniel H. Cotter
Cotter, Cotter & Mullins
6515 Main Street
Trumbull, CT  06611
Federal Bar No. ct 09239

THE COUNTER CLAIM
DEFENDANT, JAMES SHAW

BY: _____
Mark T. Altermatt
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Fed. Bar No. ct 08920

THE DEFENDANTS, AROLD
MICHEL and MARIE
RICHEMOND

BY: _____
Rosemarie T. Weber
Morrison, Mahoney & Miller
One Constitution Plaza
Hartford, CT  06103
Federal Bar No. ct 06315

## CERTIFICATION OF SERVICE

    I hereby certify that a true copy of the foregoing has been mailed, postage pre-paid, this __28th__ day of September, 2005, to all counsel of record and/or pro se parties as follows:

Daniel H. Cotter, Esquire, Cotter, Cotter & Quinn
457 Castle Avenue, Fairfield, CT  06825

Mark T. Altermatt, Esquire Halloran & Sage
One Goodwin Square, 225 Asylum Street, Hartford, CT  06103

Daniel H. Cotter, Esquire, Cotter, Cotter & Mullin
6515 Main Street, Trumbull, CT  06825

Rosemarie T. Weber, Esquire, Morrison, Mahoney & Miller
One Constitution Plaza, Hartford, CT  06103

_____
Arthur C. Laske III