117

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHAW | : | CIVIL ACTION NO: |
| PLAINTIFF | : | 3:02 CV 1234 (DFM) |
| | : | |
| VS. | : | |
| | : | |
| AROLD MICHEL, ET AL | : | AUGUST 30, 2005 |

## VOLUNTARY STIPULATION FOR DISMISSAL OF CLAIMS BETWEEN CROSS CLAIM PLAINTIFF, GUY BLAIS AND DEFENDANT, JAMES SHAW

Pursuant to Rule 41(C) of the Federal Rules of Civil Procedure, all parties stipulate that the cause of action brought by the Counter Claim Plaintiff, Guy Blais, against the Counter Claim Defendant, James Shaw, in the above captioned matter, shall be dismissed with prejudice and without costs or counsel fees to any party, for the reason that this matter has been resolved as between Guy Blais and James Shaw, and furthermore, all remaining claims between the Counter Claim Defendant, James Shaw, and the Counter Claim Defendants, Loiselle, LeClerc and Rose Express, and Michel and Richmond, shall be dismissed with prejudice and without costs or counsel fees to any party.

SO ORDERED. 9/28/05