UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES SHAW | CIVIL ACTION NO. |
| Plaintiff | 3:02 CV1234 (DJS) |
| v. | |
| AROLD MICHEL, MARIE RICHEMOND, GUY BLAIS, 9018-8491 QUEBEC, INC. d/b/a G.B. TRANSPORT, PIERRE LOISELLE, ROSE LYNE LECLERC and ROSE LYNE LECLERC d/b/a ROSY EXPRESS, ENR | |
| Defendants | JUNE 15, 2006 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 15, the undersigned attorney, counsel for the Defendants, PIERRE LOISELLE, ROSE LYNE LECLERC and ROSE LYNE LECLERC d/b/a ROSY EXPRESS, ENR, in the above-entitled action hereby moves that the Court allow the undersigned to withdraw his appearance in the action as he is no longer associated with the law firm of Cotter, Cotter & Mullins, LLC, primary counsel. Pierre Loiselle, Rose Lyne Leclerc and Rose Lyne Leclerc d/b/a Rosy Express, ENR will continue to be represented by Attorney Daniel H. Cotter of Cotter, Cotter & Mullins, LLC, whose appearance is already on file with this court.

A copy of this motion has been sent by certified mail to all counsel of record.

        THE DEFENDANTS, PIERRE LOISELLE,
        ROSE LYNE LECLERC and ROSE LYNE
        LECLERC d/b/a ROSY EXPRESS, ENR

By: _____
        Clayton J. Quinn, their attorney
        The Quinn Law Firm, LLC
        204 S. Broad Street
        Milford, CT 06460
        Tel. No: 203-877-5400
        Fax No: 203-877-5416
        Fed. Bar. No. ct18302

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 15th day of June, 2006 to the following parties:

| | |
|---|---|
| Stephen P. Bertucio, Esq.<br>Salomone & Morelli<br>100 Farmington Avenue<br>Hartford, CT  06105 | Daniel H. Cotter, Esq.<br>Cotter, Cotter & Mullins, LLC<br>6515 Main Street, Suite 10<br>Trumbull, CT 06611 |

_____
Clayton J. Quinn, Esq.